282

Elizabeth JACKSON, Appellant,

v.

COMMONWEALTH of Kentucky,
Appellee.

Court of Appeals of Kentucky.

May 3, 1974.

Anthony W. Wilhoit, Public Defender, Wm. C. Ayer, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Peter C. MacDonald, Asst. Atty. Gen., Frankfort, for appellee.

PER CURIAM, affirming.*

Robert Louis ANDERSON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

May 3, 1974.

Appeal from Jefferson Circuit Court, Criminal Branch, First Division, Jefferson County; S. Rush Nicholson, Judge.

John Tim McCall, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Robert W. Willmott, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner VANCE, Reversing.*

Ray McKINNEY, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

May 3, 1974.

Thomas D. Shumate, Shumate, Shumate & Flaherty, Richmond, for appellant.

Ed W. Hancock, Atty. Gen., Robert W. Willmott, Jr., Asst. Atty. Gen., Frankfort, for appellee.

PER CURIAM, affirming.*

W. W. CHILTON, Sr., Petitioner,

v.

Lyndon SCHMID, Judge Jefferson Circuit Court, Respondent.

Court of Appeals of Kentucky.

May 3, 1974.

Original Action.

Manley N. Feinberg, Louisville, for petitioner.

Edgar A. Zingman and J. Larry Cashen, Wyatt, Grafton & Sloss, Louisville, for respondent.

Memorandum Opinion of the Court by Commissioner CULLEN, Denying Prohibition.*

* Opinion ordered not to be published.